**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| STEPHEN POSKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:23-CV-205 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Stephen Poskey filed a Motion for Attorney's Fees Under the Social Security Act, 42 U.S.C. § 406(b) (#23). The court referred the motion to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a Report and Recommendation recommending that Plaintiff's motion be granted, that Plaintiff's counsel be awarded $3,664.16 in attorney fees pursuant to 42 U.S.C. §§ 406(b) and 1383(d)(2), and that Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (#21) be denied as moot. To date, the parties have not filed objections.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is ADOPTED. It is ORDERED that Plaintiff's Motion for Attorney's Fees Under the Social Security

Act (#23) is GRANTED and that Plaintiff's counsel is awarded $3,664.16 in attorney fees pursuant to 42 U.S.C. §§ 406(b) and 1383(d)(2). It is further ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (#21) is DENIED as moot. The Commissioner is directed to pay the authorized fee to Plaintiff's counsel from Plaintiff's past-due benefits withheld for the payment of attorney fees, to the extent those funds remain available for direct payment under applicable agency policy.

SIGNED at Beaumont, Texas, this 28th day of September, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE